**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 05-cv-02020-LTB-CBS

JOHN AKUEI,

        Plaintiff,

v.

SHAWN McGILVERY,
SCOTT BRUBAKER,
JEFF GLINDO,
KENT BLOOD,

        Defendants.

_____

**ORDER**
_____

        This case is before me on the recommendation of Magistrate Judge Craig B. Shaffer issued and served on April 18, 2006.  Plaintiff has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review. Accordingly, it is

        ORDERED that the Amended Complaint is DISMISSED for failure to timely serve the Defendants and failure to prosecute.

                              BY THE COURT:

                                 s/Lewis T. Babcock
                              Lewis T. Babcock, Chief Judge

DATED: May 11, 2006